**2002–0929.   Gidley v. Cincinnati Ins. Co.**
Summit App. No. 20813, 2002-Ohio-1740. Reported at 96 Ohio St.3d 1493, 2002-Ohio-4534, 774 N.E.2d 766. On motion for reconsideration. Motion denied.

F.E. SWEENEY, J., dissents.

COOK, J., not participating.

**2002–1000.   Sutton v. Ohio State Bd. of Pharmacy.**
Trumbull App. Nos. 2001–T–0030, 2001–T–0031 and 2001–T–0032. Reported at 96 Ohio St.3d 1495, 2002-Ohio-4534, 774 N.E.2d 767. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., dissent.

**2002–1002.   In re Devine.**
Hamilton App. No. C–000780. Reported at 96 Ohio St.3d 1488, 2002-Ohio-4478, 774 N.E.2d 763. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2002–1147.   State v. Shondrick.**
Medina App. No. 3216–M, 2002-Ohio-2439. Reported at 96 Ohio St.3d 1495, 2002-Ohio-4534, 774 N.E.2d 768. On motion for reconsideration. Motion granted and discretionary appeal accepted.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1151.   Rexrode v. Space.**
In Quo Warranto. Reported at 96 Ohio St.3d 1483, 2002-Ohio-4478, 774 N.E.2d 759. On motion for reconsideration. Motion denied.

**2002–1172.   Wood v. Rose.**
In Habeas Corpus. Reported at 96 Ohio St.3d 1484, 2002-Ohio-4478, 774 N.E.2d 760. On motion for reconsideration. Motion denied.

**2002–1176.   Carrick v. Plusquellic.**
In Quo Warranto. Reported at 96 Ohio St.3d 1484, 2002-Ohio-4478, 774 N.E.2d 760. On motion for reconsideration and motion to vacate order. Motions denied.

**2002–1177.   State ex rel. Koukios v. Ruehlman.**
In Mandamus and Prohibition. Reported at 96 Ohio St.3d 1484, 2002-Ohio-4478, 774 N.E.2d 760. On motion for reconsideration. Motion denied.

MOYER, C.J., and F.E. SWEENEY, J., not participating.

[Cite as *10/24/2002 Case Announcements,* 2002-Ohio-5750.]

*October 24, 2002*

# DISCIPLINARY CASES

**1999–2234.   Disciplinary Counsel v. Madden.**
IT IS ORDERED by this court, sua sponte, that James Patrick Madden, Attorney Registration No. 0023597, last known business address in Rocky River, Ohio, be found in contempt for failure to comply with this court's order of June 21, 2000, to wit, failure to pay board costs in the amount of $1,003.92 on or before September 19, 2000, and failure to pay publication costs in the amount of $339.06 on or before January 9, 2002.

**2000–0782.   Disciplinary Counsel v. Allison.**
IT IS ORDERED by this court, sua sponte, that Paul Wesley Allison, Attorney Registration No. 0009604, last known business address in Fostoria, Ohio, be found in contempt for failure to comply with this court's order of November 8, 2000, to wit, failure to surrender his certificate of admission on or before December 8, 2000.